PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Valdin O'Donnell     Cr.: 21-00784-001
   PACTS #: 6035851

Name of Sentencing Judicial Officer:     THE HONORABLE LORNA G. SCHOFIELD
   UNITED STATES DISTRICT JUDGE
   SOUTHERN DISTRICT OF NEW YORK

Name of Newly Assigned Judicial Officer:     THE HONORABLE JULIEN XAVIER NEALS
   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/24/2021

Original Offense:     Count 1: Interstate Transportation of Stolen Property, in violation of 18 USC § 2314 and 2, a Class C Felony

Original Sentence: 6 months imprisonment, 36 months supervised release

Transfer of Jurisdiction: September 27, 2021

Special Conditions: Substance Abuse Testing and Treatment, Mental Health Treatment, Special Assessment, Search/Seizure, Financial Disclosure

Type of Supervision: Supervised Release     Date Supervision Commenced: 09/14/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 17, 2022, Mr. O'Donnell submitted a urinalysis sample at Trinitas Hospital which tested positive for marijuana. The sample was confirmed positive by the national laboratory. On June 22, 2022, Mr. O'Donnell submitted another sample which tested negative. |

U.S. Probation Officer Action:

Mr. O'Donnell's term of supervision commenced on September 14, 2021. In October 2021, he was referred for a mental health and substance abuse treatment evaluation at Trinitas Hospital in Elizabeth, New Jersey. Mr. O'Donnell was recommended to attend co-occurring intensive outpatient treatment services.

Prob 12A – page 2
Valdin O'Donnell

On April 4, 2022, the probation office submitted a *Report on Offender Under Supervision* to report a positive urinalysis for methamphetamines, Mr. O'Donnell's drug of choice. A subsequent urinalysis sample was taken on March 29, 2022 and the results were negative. The probation office requested no judicial action.

The purpose of this correspondence is to report further non-compliance. On June 17, 2022, Mr. O'Donnell submitted a urinalysis sample at Trinitas Hospital which tested positive for marijuana. The sample was confirmed by the national laboratory. On June 22, 2022, Mr. O'Donnell submitted another sample which tested negative. He adamantly denies using marijuana.

Mr. O'Donnell continues to attend intensive outpatient treatment, including a PTSD trauma group and monthly medication monitoring. According to the treatment provider, Mr. O'Donnell is fully engaged in all facets of treatment. The probation office will continue to closely monitor his compliance and participation in treatment. At this time, we respectfully request no judicial action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
      Senior U.S. Probation Officer

/ ip

_____   July 20, 2022
CARRIE H. BORONA           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Honorable Julien Xavier Neals, USDJ

7/21/2022
Date