PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Valdin O'Donnell | Cr.: 21-00784-001 |
| | PACTS #: 6035851 |

Name of Sentencing Judicial Officer:   THE HONORABLE LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Name of Newly Assigned Judicial Officer:   THE HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/24/2021

Original Offense:   Count 1: Interstate Transportation of Stolen Property, in violation of 18 USC § 2314 and 2, a Class C Felony

Original Sentence: 6 months imprisonment, 3 years supervised release

Special Conditions: Substance Abuse Testing and Treatment, Mental Health Treatment, Special Assessment, Search/Seizure, Financial Disclosure Mental Health Medications

Transfer of Jurisdiction: 09/27/2021

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/14/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**<br><br>On January 3., 2023, Mr. O'Donnell was admitted to New Pathways Intensive Outpatient Program in Bayonne, New Jersey. He was scheduled to attend groups four times weekly and individual sessions once weekly. On January 16, 2023, he was prescribed Desoxyn, a prescribed methamphetamine used to treat |

Prob 12A – page 2
Valdin O'Donnell

Attention Deficit Hyperactivity Disorder. Mr. O'Donnell was prescribed one pill daily. On January 31, 2023, he was unsuccessfully discharged from treatment for poor attendance. Mr. O'Donnell failed to notify the probation office about the unsuccessful discharge. According to his counselor, Mr. O'Donnell's attendance was poor and sporadic.

On February 15, 2023, Mr. O'Donnell reported to the probation office and said he was unhappy with the New Pathways Program and changed to another provider without notifying the probation office. He also admitted he was misusing his Desoxyn medication and said he was taking 3-4 pills daily on days where he experienced increased anxiety.

| | |
|---|---|
| 2 | The individual under supervision has violated the standard supervision condition which states **'You must live at a place approved by the probation officer. If you plan to change where you love or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days begore the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.'** |

On February 9, 2023, the undersigned officer conducted an unannounced home contact at Mr. O'Donnell's residence in Jersey City, New Jersey. Upon arrival, the undersigned officer was met with a cleaning crew who advised the apartment was vacant. The leasing office confirmed that Mr. O'Donnell moved out of the residence on January 31, 2023.

On February 15, 2023, Mr. O'Donnell reported to the probation office and provided a new address in Edgewater, New Jersey. When asked, Mr. O'Donnell apologized and said he had every intention of notifying the probation office about his address change.

U.S. Probation Officer Action:

Mr. O'Donnell's term of supervision commenced on September 14, 2021. In October 2021, he was referred for a mental health and substance abuse treatment evaluation at Trinitas Hospital in Elizabeth, New Jersey. Mr. O'Donnell was recommended to attend co-occurring intensive outpatient treatment services. He attended treatment from October 2021 until December 2022.

On April 4, 2022, the probation office submitted a *Report on Offender Under Supervision* to report a positive urinalysis for methamphetamines, Mr. O'Donnell's drug of choice. A subsequent urinalysis sample was taken on March 29, 2022, and the results were negative. The probation office requested no judicial action.

On July 20, 2022, the probation office submitted a *Report on Offender Under Supervision* to report a positive urinalysis test for marijuana. Mr. O'Donnell adamantly denied using marijuana. He was tested 5 days after, and the results were negative for illegal substances.

On December 21, 2022, the probation office submitted a *Report on Individual Under Supervision* to report Mr. O'Donnell's use of Adderall without a valid prescription and unsuccessful discharge at Trinitas Hospital. No judicial action was taken, and Mr. O'Donnell was allowed to begin services at New Pathways Counseling.

Prob 12A – page 3
Valdin O'Donnell

As detailed above, Mr. O'Donnell has admitted to misusing his newly prescribed medication and was discharged again from treatment unsuccessfully. This behavior reflects a problematic pattern of non-compliance and over-medicating. Mr. O'Donnell indicated he was amenable to residential treatment and insisted he pay for his own program rather than utilizing the probation office's resources.

On February 27, 2023, Mr. O'Donnell was admitted to Recovery Centers of America at Raritan Bay. His counselor advised he appears to be motivated and engaged in the treatment process. Following his discharge on or about March 27, 2023, Mr. O'Donnell will participate in outpatient treatment services at Wellness Center New Jersey Outpatient Services in Cliffside Park, New Jersey.

If Your Honor concurs, the probation office will allow Mr. O'Donnell the opportunity to complete residential treatment and enroll in transitional services while closely monitoring his medication. We are respectfully requesting no judicial action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
        Senior U.S. Probation Officer

/ ip

APPROVED:

_____   March 10, 2023
CARRIE H. BORONA                              Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

3/10/2023
Date